UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

ROYAL INTERPACK OF NORTH AMERICA

                  **Plaintiff,**

v.

UNITED STATES,

                  **Defendant.**

**S U M M O N S**

Court No. 25-00328

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | Los Angeles, CA etc. | Center (if known): | CEE009 |
|---|---|---|---|
| Protest Number: | 2704-25-172644 | Date Protest Filed: | 05/06/2025 |
| Importer: | Royal Interpack of North America | Date Protest Denied: | 06/06/2025 |
| Category of Merchandise: | Industrial and Manufacturing Materials | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| WUG02084159 | 11/28/2023 | 11/08/2024 | | | |
| (See Attached Schedule -19 entries) | | | | | |
| | | | | | |
| | | | | | |

Kayla Owens, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa St. Ste 2388
Los Angeles, CA 90071
(213) 630-8888   kowens@steinshostak.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| plastics, waste | 3907.61.0010 | 6.5% | 3915.90.00 | free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP rate advanced the material on these entries under Subheading 3907.61.0010, HTSUS at a 6.5 percent ad valorem rate of duty. This material is properly classified as waste, parings and scrap, of plastics under HTSUS 3915.90.00, free of duty.

The issue which was common to all such denied protests:
Whether the imported ground flakes consisting of two or more thermoplastic materials mixed together are classifiable as waste under Heading 3915.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Kayla Owens

*Signature of Plaintiff's Attorney*

December 2, 2025

*Date*

## SCHEDULE OF PROTESTS

CEE009
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02084159 | 11/28/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02072493 | 9/23/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02072915 | 9/23/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02073855 | 10/2/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02082575 | 11/21/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02082591 | 11/21/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02088143 | 12/23/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02090990 | 1/13/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02091261 | 1/15/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02094414 | 2/2/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02097151 | 2/28/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02112075 | 6/8/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02112307 | 6/8/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02115862 | 6/25/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | BUU15952282 | 10/14/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | BUU15972561 | 10/21/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | BUU16081990 | 12/9/2023 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | WUG02107604 | 5/13/2024 | 11/8/2024 | 2704 |
| 2704-25-172644 | 5/6/2025 | 6/6/2025 | BUU16571685 | 7/19/2024 | 11/8/2024 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)